UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ruperto Sanchez Bermudez,<br><br>                                Petitioner,<br><br>-v-<br><br>Kristi Noem, in her capacity as Secretary for the United States Department of Homeland Security; Pamela Bondi, in her official capacity as the Attorney General of the United States; and William Joyce, Field Office Director of New York, Immigration and Customs Enforcement, in his official capacity,<br><br>                                Respondents. | 2:26-cv-678<br>(NJC) |

## ORDER

TO: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, 100 Carman Avenue, East Meadow, NY 11554

NUSRAT J. CHOUDHURY, United States District Judge:

The United States District Court for the Eastern District of New York commands U.S. Immigration and Customs Enforcement to have **petitioner Ruperto Sanchez Bermudez, A#208-805-978**, who is presently detained in the Nassau County Correctional Center, 100 Carman Avenue, East Meadow, NY 11554, to be brought under safe and secure custody to Courtroom 1040, before the Honorable Nusrat J. Choudhury, United States District Judge, at the United States Courthouse for the Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, on **February 10, 2026 at 1:00 PM**.

It is further ordered that U.S. Immigration and Customs Enforcement and/or its designee shall maintain custody of Ruperto Sanchez Bermudez throughout the entire hearing.

Following the hearing, if the Court orders Mr. Sanchez Bermudez to remain in detention, U.S. Immigration and Customs Enforcement shall return him under safe and secure custody to the Nassau County Correctional Center. Alternatively, if the Court grants the petition and orders Mr. Sanchez Bermudez released from detention, U.S. Immigration and Customs Enforcement shall immediately process Mr. Sanchez Bermudez for release from the Court in accordance with any orders of the Court that may issue at that time. It is further ordered that U.S. Immigration and Customs Enforcement shall bear the costs of implementing the terms of this order.

Dated: Central Islip, New York
February 8, 2026

                                             */s/ Nusrat J. Choudhury*
                                             NUSRAT J. CHOUDHURY
                                             United States District Judge